United States Courts
Southern District of Texas
FILED
*February 27, 2024*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | **CRIMINAL NO. 4:24-cr-00112** |
| § | |
| **DAVID JAVOR DICKENS aka KD,** § | |
| **aka Kaydee** § | |
| § | |
| **Defendant.** § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
(Sex Trafficking of a Minor – Minor Victim 1)
18 U.S.C. §§ 1591 and 2

In or around July 2023, within the Southern District of Texas and elsewhere, Defendant

**DAVID JAVOR DICKENS
Aka KD aka Kaydee**

knowingly (i) recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained Minor Victim 1, in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (ii) benefitted, financially and by receiving anything of value, from participation in a venture which engaged in such acts, in violation of 18 U.S.C. § 1591(a)(1), (a)(2), (b)(2), and (c).

## COUNT 2
(Transportation of a Minor – Minor Victim 1)
18 U.S.C. § 2423(a) and (e)

In or around July 2023, within the Southern District of Texas and elsewhere, Defendant

**DAVID JAVOR DICKENS**
**Aka KD aka Kaydee**

did knowingly transport and attempt to transport an individual, Minor Victim 1, who had not attained the age of 18 years, in interstate and foreign commerce, with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Prostitution, which was a criminal offense under the Code of Virginia, in violation of 18 U.S.C. § 2423(a) and (e).

## COUNT 3
(Coercion and Enticement – Minor Victim 1)
18 U.S.C. § 2422(a)

In or around July 2023, within the Southern District of Texas and elsewhere, Defendant

**DAVID JAVOR DICKENS**
**Aka KD aka Kaydee**

did knowingly persuade, induce, entice, and coerce, and did attempt to persuade, induce, entice and coerce a minor female, Minor Victim 1, to travel in interstate commerce, specifically from Houston, Texas, to Atlanta, Georgia; Washington, D.C.; Springfield, Virginia; and elsewhere, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(a).

# COUNT 4
(Coercion and Enticement – Adult Victim 1)
18 U.S.C. § 2422(a)

In or around July 2023, within the Southern District of Texas and elsewhere, Defendant

**DAVID JAVOR DICKENS**
**Aka KD aka Kaydee**

did knowingly persuade, induce, entice, and coerce, and did attempt to persuade, induce, entice and coerce an adult female, Adult Victim 1, to travel in interstate commerce, specifically from Houston, Texas, to Atlanta, Georgia; Washington, D.C.; Springfield, Virginia; and elsewhere to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. §§ 2422(a).

# NOTICE OF FORFEITURE

1. Pursuant to 18 U.S.C. § 1594(d), the United States gives notice to Defendant,

**DAVID JAVOR DICKENS**
**Aka KD aka Kaydee**

that upon his conviction of Count 1, the United States intends to seek forfeiture of:

(A) all property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

(B) all property, real or personal, that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

2. Pursuant to 18 U.S.C. §§981(a)(1)(C) and 2428(a), the United States gives notice to Defendant

**DAVID JAVOR DICKENS**
Aka KD aka Kaydee

that upon his conviction of any of Counts 2 through 4, the United States intends to seek forfeiture of:

(A) all property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

(B) all property, real or personal, that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such violation.

**MONEY JUDGMENT AND SUBSTITUTE ASSETS**

The United States intends to seek the imposition of a money judgment against the Defendant. The Defendant is notified that in the event that one or more conditions listed in 21 U.S.C. § 853(p) exists, the United States will seek to forfeit any other property of the Defendant up to the amount of the money judgment against that Defendant.

TRUE BILL:

*Original Signature on File*
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney

By: *Christine Lu*
Christine J. Lu
Assistant United States Attorney